JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 24-1955 JGB (DTBx)** | Date | November 13, 2025 |
|---|---|---|---|
| Title | *Jason Zapata v. Riverside County, et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order (1) DISMISSING Plaintiff's Case for Failure to Prosecute (IN CHAMBERS)**

Before the Court is Plaintiff's response to the Court's November 2, 2025, Order to Show Cause. ("Response," Dkt. No. 13; "OSC," Dkt. No. 12.) The Court's OSC noted Plaintiff's past and present failure to diligently prosecute his case, specifically by failing to file proof of service. (See OSC.) Plaintiff's Counsel's Response indicates that "communication with Plaintiff has been substantially impaired because Plaintiff is presently incarcerated in state custody." (Response at 2.) Counsel's capacity to serve Defendants and provide proof of service has no relation to Counsel's ability to speak to Plaintiff. Plaintiff has therefore failed to "show[] good cause for the failure" to timely serve Defendants. Fed. R. Civ. P. 4(m). Additionally, Counsel indicates that Plaintiff prefers to proceed pro se. Counsel does not clarify how he can serve Defendants on Plaintiff's behalf if Plaintiff no longer wishes to be represented by him. Thus, that detail does not weigh in favor of an extension of time.

As such, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**